*Menahem Stim* and *Allen S. Stim* for appellants.

*T. Vincent Quinn, District Attorney (George J. Regan* of counsel), for respondent.

In each case: Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

AMERICAN LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant, *v.* IRENE E. COCHRANE, Also Known as IRENE E. COCHRANE SANDERSON, Respondent.

Argued January 6, 1956; decided February 16, 1956.

*Joseph T. Keller* for appellant.

*Bernard S. Meyer* and *Arthur C. Fink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN D. COOKE and FREDERICK SCHNEPF, Appellants.

Argued November 17, 1955; decided February 16, 1956.